**STARK & STARK**
A Professional Corporation
By: Craig S. Hilliard, Esq.
Attorney ID #046541988
993 Lenox Drive
Lawrenceville, NJ 08648-2389
609-895-7346
*Attorneys for Defendants, Bail Integrity Solutions, Inc. and Thomas Brian Shirah*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICROBILT CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>BAIL INTEGRITY SOLUTIONS, INC. and THOMAS BRIAN SHIRAH in his individual capacity; ABC COMPANIES (1-10), JOHN and JANE DOES (1-10),<br><br>                Defendants. | CIVIL ACTION NO.<br>3:19-CV-00637 (MAS)(LHG)<br><br>**CERTIFICATION OF SERVICE** |

CRAIG S. HILLIARD, of full age, certifies and says:

    1.    I am an attorney-at-law in the State of New Jersey and I am a shareholder of the law firm of Stark & Stark, A Professional Corporation, attorneys for Defendants Bail Integrity Solutions, Inc. and Thomas Brian Shirah ("Bail Integrity").

    2.    I certify that on December 14, 2020, I caused one copy of the following documents:

        a.    Notice of Motion for Partial Summary Judgment pursuant to Fed. R. Civ. P. 56;
        b.    Memorandum of Law in Support of Bail Integrity's Motion;
        c.    Declaration of Craig S. Hilliard;
        d.    Statement of Undisputed Material Facts;
        e.    Proposed Order; and
        f.    This Certification of Service

to be filed, via electronic filing, with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

3. I further certify that the aforementioned documents were served via electronic mail upon:

> Gene M. Burd, Esq.
> Arnall Golden Gregory LLP
> 1775 Pennsylvania Avenue, NW
> Suite 1000
> Washington, DC 20006

*s/Craig S. Hilliard*
CRAIG S. HILLIARD, ESQ.

Dated: December 14, 2020

4840-6472-2388, v. 1