**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------- x

MICROBILT CORPORATION

                Plaintiff,

      - against -                      Civil Action No. 3:19-cv-00637
                                              Hearing Date: January 19, 2021

BAIL INTEGRITY SOLUTIONS, INC. and
THOMAS BRIAN SHIRAH in his individual
capacity; ABC COMPANIES (1-10), JOHN and
JANE DOES (1-10)

                Defendants.

---------------------------------------------------------------- X

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that Defendant MicroBilt Corporation ("MicroBilt"), through counsel, will move before the Honorable Michael A. Shipp, United States District Judge, on January 19, 2021 for an Order granting MicroBilt's Motion for Leave to File Documents under Seal. In support of this motion, MicroBilt relies on the attached Motion and Memorandum of Law.

      It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78.

[*signatures of counsel appear on the following page*]

15969087v1

- 2 -

                Respectfully Submitted,

Dated: December 17th, 2020      **FISHERBROYLES, LLP**

By: *s/ Gene M. Burd*
    Gene M. Burd (NJ Bar. No. 034111997)
    1200 G Street NW
    Suite 800
    Washington, DC  20005
    Telephone:   202.750.0529
    E-mail: gene.burd@fisherbroyles.com

and

**ARNALL GOLDEN GREGORY LLP**

Jeffrey S. Jacobovitz (DC Bar. No. 346569)
1775 Pennsylvania Ave. NW, Suite 1000
Washington, D.C. 20006
jeffrey.jacobovitz@agg.com
(202) 677-4056
Admitted *pro hac vice*

*Attorneys for Plaintiff*
*MicroBilt Corporation*

15969087v1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------- x

MICROBILT CORPORATION

                    Plaintiff,

   - against -                            Civil Action No. 3:19-cv-00637
                                                Hearing Date: January 19, 2021

BAIL INTEGRITY SOLUTIONS, INC. and
THOMAS BRIAN SHIRAH in his individual
capacity; ABC COMPANIES (1-10), JOHN and
JANE DOES (1-10)

                    Defendants.

------------------------------------------------------------- X

**Certificate of Service**

     I hereby certify that the foregoing Notice of Motion for MicroBilt's Motion for Leave to File Documents under Seal was filed on the 17th day of December 2020 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                              By: s/ Gene M. Burd
                                                                   Gene M. Burd

15969087v1