UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------ x

MICROBILT CORPORATION

                Plaintiff,

   - against -                         Civil Action No. 3:19-cv-00637

BAIL INTEGRITY SOLUTIONS, INC. and
THOMAS BRIAN SHIRAH in his individual
capacity; ABC COMPANIES (1-10), JOHN and
JANE DOES (1-10)

                Defendants.

------------------------------------------------------------------ x

## **PROPOSED ORDER**

This matter is before the Court on Plaintiff MicroBilt's Motion and Memorandum in Support for Leave to File Exhibits Under Seal. Upon consideration of that Motion, the Court finds that (a) the nature of the materials at issue; (b) the legitimate private and public interests; (c) the serious injury that would result if the relief sought is not granted; (d) the unavailability of a less restrictive alternative to the relief; and (e) the absence of objections, warrant the sealing of the documents requested by the Plaintiff. Accordingly, for the foregoing reasons, and other good cause shown, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Clerk shall file under seal the following exhibits attached to the Defendants' Motion for Partial Summary Judgment:

**Exhibit D -** Excerpts of Deposition Testimony of Walter Wojciechowski, as Corporate Representative of MicroBilt

**Exhibit E**- Excerpts of Deposition Testimony of Matthew Roesly

**Exhibit H -** Letter of Intent between Bail Integrity Solutions, Inc. and MicroBilt Corporation

15969106v1

**Exhibit I -** Bail Integrity Solutions, Inc. Application for Access to Consumer Reports and FCRA Related Data

**Exhibit J -** Bail Integrity Solutions, Inc. User Agreement with MicroBilt Corporation

**Exhibit K -** Emails Between MicroBilt Corporation and Bail Bond Technologies, which included sensitive business data and information about MicroBilt Technology

      Plaintiff is also awarded its attorneys' fees and costs in having to move to seal the above exhibits.

      This the ____ day of _____, 2020.

                                                    _____
                                                    Lois H. Goodman
                                                    United States Magistrate Judge