# Exhibit C

Gene M. Burd
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, D.C. 20006
(202) 677-4048
gene.burd@agg.com

Jeffrey S. Jacobovitz*
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Ave. NW, Suite 1000
Washington, D.C. 20006
(202) 677-4056
jeffrey.jacobovitz@agg.com

*Attorneys for Plaintiff MicroBilt Corporation*

*\*pro hac vice admission to be filed*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x

MICROBILT CORPORATION

           Plaintiff,

- against -                                         Civil Action No. 3:19-cv-00637

BAIL INTEGRITY SOLUTIONS, INC. and
THOMAS BRIAN SHIRAH in his individual
capacity; ABC COMPANIES (1-10), JOHN and
JANE DOES (1-10)

           Defendants.

------------------------------------------------------------x

### DECLARATION OF WALTER WOJCIECHOWSKI

I, Walter Wojciechowski, hereby declare

1. I am over the age of eighteen (18) and am competent to testify in this matter. The statements contained herein are based upon my own personal knowledge or my review of records.

13085374v1

2. I am currently employed as the CEO for MicroBilt Corporation ("MicroBilt") in Princeton, New Jersey. I submit this Declaration in support of MicroBilt's Motion and Memorandum in Support for Leave to File Exhibits Under Seal ("the Motion").

3. MicroBilt is a consumer reporting agency and provides among other things, access to consumer data and other financial information to authorized and credentialed business customers.

4. Attached as Exhibit 1 to the Motion is the Bail Integrity Solutions, Inc. User Agreement with MicroBilt Corporation.

5. Attached as Exhibit 2 to the Motion is a copy of the Bail Integrity Solutions, Inc. Application for Access to Consumer Reports and FCRA Related Data.

6. Attached as Exhibit 3 to the Motion is a copy of the Letter of Intent between Bail Integrity Solutions, Inc. and MicroBilt Corporation.

7. Exhibits 1 through 3 should be sealed because these documents contain terms requiring that they remain confidential. Specifically, the documents contain PII – non-public personally identifiable information – on the business and principal(s).

8. Furthermore, Exhibit 2 is not a publicly available document and is comprised of proprietary credentialing methodology in and of itself.

9. In addition, the background compliance and customer due diligence documentation in support of the Application and Agreement (*i.e.*, Exhibits 1 and 2) contains a tremendous amount of PII (on the business and principal(s)).

I declare under penalty of perjury under the laws of the United States of America that the

13085374v1

foregoing is true and correct.

Executed on this 18th day of January, 2019.

*Walter Wojciechowski, CEO*
Walter Wojciechowski

13085374v1