**STARK & STARK**
A Professional Corporation
By: Craig S. Hilliard, Esq.
Attorney ID #046541988
993 Lenox Drive
Lawrenceville, NJ 08648-2389
609-895-7346
*Attorneys for Defendants, Bail Integrity Solutions, Inc. and Thomas Brian Shirah*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICROBILT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BAIL INTEGRITY SOLUTIONS, INC. and THOMAS BRIAN SHIRAH in his individual capacity; ABC COMPANIES (1-10), JOHN and JANE DOES (1-10),<br><br>Defendants. | CIVIL ACTION NO.<br>3:19-CV-00637 (MAS)(LHG)<br><br>**NOTICE OF MOTION TO BE RELIEVED AS COUNSEL**<br><br>**Returnable: October 4, 2021** |

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that on October 4, 2021 at 9:00 AM, or as soon thereafter as counsel may be heard, Stark & Stark, P.C. and Craig S. Hilliard and Gene Markin, attorneys for Defendants, Bail Integrity Solutions, Inc. and Thomas Brian Shirah (collectively "Bail Integrity"), shall move before the Honorable Lois H. Goodman, United States Magistrate Judge for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, pursuant to Local Civil Rule 102.1, for leave to withdraw as counsel.

In support of this motion, counsel shall rely on the accompanying Declaration of Craig S. Hilliard.

4819-2741-6313, v. 1

A proposed form of Order is provided with this motion.

>Respectfully submitted,
>
>**STARK & STARK**
>A Professional Corporation
>*Attorneys for Defendants*
>
>By: s/ *Craig S. Hilliard*
>    CRAIG S. HILLIARD, ESQ.

Dated: September 9, 2021