UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICROBILT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BAIL INTEGRITY SOLUTIONS, INC., *et al.*,<br><br>Defendants. | Civil Action No. 19-637 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court on Plaintiff MicroBilt Corporation's ("MicroBilt") Motion for Default Judgment and Motion to Strike Answer. (ECF Nos. 69, 71.) Defendants Bail Integrity Solutions, Inc. ("Bail Integrity") and Thomas Brian Shirah ("Shirah") (collectively, "Defendants") did not respond. The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS**, on this 21st day of July 2022, **ORDERED** as follows:

1. Bail Integrity's Answer (ECF No. 25) is **STRICKEN** as to Bail Integrity only.

2. MicroBilt's Motion for Default Judgment (ECF No. 69) is **GRANTED** as to Counts One, Two, and Three against Bail Integrity.

3. MicroBilt shall submit supplemental briefing and supporting evidence as to the damages it seeks by **August 8, 2022**.

4. MicroBilt shall e-file separate correspondence by **August 8, 2022**, detailing its desire to proceed to trial against Shirah or take some other action.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**