# EPSTEIN | OSTROVE
A LIMITED LIABILITY COMPANY

Elliot D. Ostrove
Partner
e.ostrove@epsteinostrove.com
Direct: (732) 820-7761

June 12, 2025

**VIA ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Trenton, NJ 08608

Re: *Microbilt Corporation v. Bail Integrity Solutions, Inc. et al.*
Docket No.: 3:19-cv-00637(RK)(JBD)

Dear Judge Kirsch:

Together with Arnall Golden Gregory, LLP, we represent Plaintiff, Microbilt Corporation ("Plaintiff") in the above referenced matter. Currently pending before the Court is Plaintiff's Motion for the Entry of Default and for Default Judgment against Defendant Thomas Brian Shirah (the "Motion"). With respect to the calculation of Plaintiff's damages, the Motion presents the need for the court to make computations regarding the destruction of a business line of Plaintiff's and lost profits flowing from that, among other things. In light of the fact that Motion presents a difficult computation of damages, pursuant FRCP 53(a)(1)(B)(ii), we respectfully request the Court appoint a Special Master for the purpose of holding a hearing to calculate damages.

Plaintiff previously submitted a request for the Court to appoint a retired State Court Judge as the Special Master for this matter. However, upon further reflection of the issues presented, plaintiff hereby withdraws that request and respectfully submits that the Honorable Dennis M. Cavanaugh, U.S.D.J. (Ret.) is a more appropriate choice to be appointed as Special Master in this matter. As such, Plaintiff respectfully request that Judge Cavanaugh be so appointed.

We thank Your Honor for the time and consideration of this request.

Respectfully,
EPSTEIN OSTROVE, LLC

By:_____
ELLIOT D. OSTROVE

cc:  Thomas Brian Shirah
     Bail Integrity Solutions, Inc.
     31 Eller Ford Road
     Weaverville, NC 28787-9579
     *Via Regular Mail*



**NEW JERSEY**
T 732.828.8600  F 732.828.8601
Edison office
200 Metroplex Dr | Ste 304 | Edison, NJ 08817
Hamilton office
1898 Route 33 | Hamilton, NJ 08690

WWW.EPSTEINOSTROVE.COM

**NEW YORK**
T 646.300.8600
Manhattan office
43 West 43rd St | Ste 139 | New York, NY 10036